THE TRI-BULLION SMELTING AND DEVELOPMENT COMPANY, Respondent, v. JOHN B. CORLISS et al., Defendants, and ALLEN CURTIS et al., Appellants.

Reported below, 186 App. Div. 613.

(Argued September 29, 1919; decided October 7, 1919.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 8, 1919, modifying and affirming as .modified a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal and upon the further ground that no undertaking had been filed with the second notice of appeal.

*Holmes V. M. Dennis, Jr.,* for motion.
*Richard T. Greene* opposed.

Motion granted, without costs, unless within ten days appellants file and serve undertaking necessary to perfect appeal under second notice, in which case motion is denied, without costs.

---

ANNIE O. CARRIER, Appellant, v. CASSIUS M. CARRIER et al., Respondents, and FRANCES E. CARRIER, Appellant.

(Submitted September 29, 1919; decided October 7, 1919.)

MOTION to amend remittitur.    (See 226 N. Y. 114.)

Motion granted, remittitur recalled and amended so as to allow separate bills of costs in this court and in Appellate Division to plaintiff and guardian ad litem payable out of estate.